UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY VAP, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ANNE M. RUSSELL, an individual, <br><br> Defendant. | No.: 2:25-cv-00844-RSM <br><br> ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER AND PRETRIAL DEADLINES |

This matter having come before the Court on the parties' Stipulation to Modify Scheduling Order and Pretrial Deadlines, Dkt. #16, and the Court having reviewed the filing and the remainder of the record, hereby ORDERS the trial date in this action will be reset for August 17, 2026. A new Scheduling Order will be issued in accordance with this trial date.

DONE this 6th day of November, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO MODIFY
SCHEDULING ORDER - 1