IN THE UNITED DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY VAP, an individual,<br><br>                Plaintiff,<br>v.<br><br>ANNE M. RUSSELL, an individual,<br><br>                Defendant. | Case No. 2:25-cv-00844-RSM<br><br>**STIPULATED MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES AND ORDER** |

## STIPULATED MOTION

Plaintiff Tracy Vap ("Plaintiff"), by her attorneys and pursuant to Local Rules 7 and 10 of the Western District of Washington, moves for an extension of time for disclosure of expert testimony in this matter. It is stipulated and agreed to by and among counsel for Plaintiff and Defendant that the deadline for disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) is extended from October 8, 2025, to February 20, 2026. In support of this motion, Plaintiff states:

    1.    The parties have diligently engaged in discovery, with the Plaintiff delivering discovery requests to the Defendant on August 14, 2025, and the Defendant delivering her Answers, Responses, and Objections on September 15, 2025. The Defendant delivered discovery requests to the Plaintiff on October 16, 2025. Both parties propounded a second round of discovery during the week of November 3–7, 2025.

    2.    On October 1, 2025, the Court granted the parties stipulated motion for extension of expert disclosure deadlines and set the new deadline for disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) to November 10, 2025.

    3.    On November 6, 2025, the Court revised its Order Setting Trial Date and Related Dates, moving the trial date from April 6, 2026, to August 17, 2026, and revising

other deadlines in light of the new trial date. However, the Court's Revised Order reset the expert disclosure deadline to October 8, 2025.

4.     On November 7, 2025, counsel for Plaintiff conferred with Defendant's counsel to confirm that Defendant had no objection to extending the deadline for expert disclosures to facilitate continuing progress in discovery and possible settlement discussions, particularly in light of the revised discovery deadlines and new trial date. Defendant's counsel confirmed that Defendant consents to the Plaintiff's requested extension of the deadline for disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) to February 20, 2026, which is two months before the revised deadline for the completion of discovery.

5.     Thus, to allow the parties additional time to evaluate discovery responses and incorporate them into expert reports, if any, and to engage in additional informal settlement discussions, Plaintiff respectfully requests an extension of time to provide expert disclosures under Fed. R. Civ. P. 26(a)(2), to be due on February 20, 2026.

6.     This motion is filed before the November 10, 2025, deadline for disclosure of expert testimony. *See W. Coast Theater Corp. v. City of Portland*, 897 F.2d 1519, 1524 (9th Cir. 1990) (holding "[t]he difference [between a 'retroactive reopening' of discovery rather than extending the discovery deadline] is considerable" because "a request for an extension acknowledges the importance of a deadline, [while] a retroactive request suggests that the party paid no attention at all to the deadline."). The Plaintiff's request is not sought for the purpose of delay, nor will the additional time adversely affect the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1; *see also Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988) (holding "[t]he district court has wide discretion in controlling discovery.").

7.     This motion is filed in good faith and is supported by good cause.

WHEREFORE, Plaintiff respectfully requests the Court issue an Order extending the time for Plaintiff and Defendant to disclose expert testimony under Fed. R. Civ. P. 26(a)(2) through February 20, 2026.

I certify that this memorandum contains 555 words, in compliance with the Local Civil Rules.

DATED this 7th day of November, 2025.

LANDERHOLM, P.S.

*/s/Phillip J. Haberthur*
PHILLIP J. HABERTHUR, WSBA #38038
NICHOLAS F. CODY, WSBA #55571
*Of Attorneys for Plaintiff Tracy Vap*

**ORDER**

Based upon the foregoing Stipulated Motion for Extension of Expert Disclosure Deadline, it is so ORDERED as follows:

1. The Stipulated Motion is GRANTED and ACCEPTED by the Court.
2. The Court's Revised Order Setting Trial Date and Related Dates (ECF 18) is hereby amended such that the disclosure of expert testimony under FRCP 26(a)(2) is now due by February 20, 2026.

DATED this 12th day of November, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE