UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRACY VAP, an individual,

Plaintiff,

v.

ANNE M. RUSSELL, an individual,

Defendant.

Case No. C25-844RSM

ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER AND PRETRIAL DEADLINES

This matter, having come before the Court on the parties' Stipulation to Modify Scheduling Order and Pretrial Deadlines, Dkt. #22, and the Court having received and having reviewed the authorities stated in the pleadings, having reviewed the Court file, hereby ORDERS the trial date in this action will be reset for February 8, 2027, and a new Scheduling Order will be issued in accordance with this date with a deadline for rebuttal expert disclosures.

DATED this 28th day of April, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER AND
PRETRIAL DEADLINES - 1