UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY VAP, an individual,<br><br>Plaintiff,<br>v.<br><br>ANNE M. RUSSELL, an individual,<br><br>Defendant. | No.: 2:25-cv-00844-RSM<br><br>ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER, PRETRIAL DEADLINES, AND TRIAL DATE |

This matter having come before the Court on the parties' Stipulation to Modify Scheduling Order and Pretrial Deadlines and the Court, Dkt. #33, and the Court having reviewed pleadings and record on file, hereby ORDERS as follows:

1. The Stipulated Motion is GRANTED.

2. The trial date in this action will be reset for July 12, 2027. This Court will issue a new scheduling order in accordance with this trial date.

DATED this 10th day of November, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE